[No. 25694-7-I. Division One. August 12, 1991.]

GRAMOR DEVELOPMENT, INC., *Respondent*, v. HASHEM MOHAMMAD SAADATMANDI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-2-06284-2, Daniel T. Kershner, J.,

entered February 6, 1991. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Coleman and Baker, JJ.